IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEPHEN TUCKER,                )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )     2:15cv529-MHT
                               )         (WO)
WARDEN JONES, et al.,          )
                               )
     Defendants.               )
```

OPINION

Plaintiff, a state prisoner, filed this lawsuit complaining that the prison does not have a functioning grievance system, that he has been held in segregation without due process and for discriminatory reasons, that prison employees have failed to protect him from harm at the hands of other inmates, and that he has been subjected to inhumane conditions of confinement in segregation. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute this action. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of January, 2016.

                                              /s/ Myron H. Thompson  
                                      UNITED STATES DISTRICT JUDGE